**Joseph T. HARANZO, Plaintiff—Appellant,**

v.

**VIRGINIA DEPARTMENT OF REHABILITATIVE SERVICES, Defendant—Appellee,**

**and**

**Commonwealth of Virginia, Defendant.**

**No. 05–2351.**

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2006.

Decided May 23, 2006.

Joseph T. Haranzo, Appellant Pro Se. Ishneila G. Moore, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, LUTTIG,* and MICHAEL, Circuit Judges.

---

* Judge Luttig was a member of the original panel but did not participate in this decision.

This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

**190**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph T. Haranzo appeals the district court's order granting the Defendant's motion to dismiss in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Haranzo v. Virginia Dep't of Rehabilitative Servs.*, No. CA–05–326–7 (W.D.Va. Nov. 15, 2005). In addition, we deny Haranzo's request for a trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*